UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ERIKA ALEXANDRIA, *on behalf of herself* :
*and all others similarly situated*, :
: 
: 
             Plaintiff, : 25-CV-3795 (VSB)
:
    -against- : **ORDER**
:
H & G FRANCHISING, LLC, :
:
             Defendant. :
:
-------------------------------------------------------- :
X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on May 7, 2025, (Doc. 1), and filed an affidavit of service on May 14, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was June 3, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 9, 2025. If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 17, 2025
           New York, New York

                                                            VERNON S. BRODERICK
                                                            United States District Judge