UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

ERIKA ALEXANDRIA, *on behalf of herself*  :
*and all others similarly situated*,             :
                                                :
                               Plaintiff,      :         25-CV-3795 (VSB)
                                                :
                -against-                :         **ORDER**
                                                :
H & G FRANCHISING, LLC,               :
                                                :
                              Defendant.  :
                                                  X
-------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On May 14, 2025, Plaintiff Erika Alexandria filed an affidavit of service, reflecting that Defendant H & G Franchising, LLC was served on May 13, 2025. (Doc. 6.) Defendant failed to answer or otherwise respond to the Complaint by the June 3, 2025 deadline. (*See* Doc. 6.) On June 17, 2025, I filed an order prompting Plaintiff to seek a default judgment in accordance with my Individual Rules by July 9, 2025, or risk dismissal for failure to prosecute. (Doc. 7.) On July 9, 2025, Plaintiff filed a proposed certificate of default and corresponding affirmation against the Defendant. (Docs. 8, 9.) The Clerk's Office entered a certificate of default against Defendant on July 10, 2025. (Doc. 11.) To date, Plaintiff has failed to comply with the remaining default judgment procedures. Accordingly, it is hereby

       ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by August 8, 2025. If Plaintiff again fails to move for default judgment in accordance with my order, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 21, 2025
             New York, New York

                                                                       VERNON S. BRODERICK
                                                                       United States District Judge