UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ERIKA ALEXANDRIA, *on behalf of herself* :
*and all others similarly situated*, :
:
                        Plaintiff, :        25-CV-3795 (VSB)
:
          -against- :        **ORDER**
:
H & G FRANCHISING, LLC, :
:
                        Defendant. :
:
------------------------------------------------------------ :
                                             X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on May 7, 2025, (Doc. 1), and filed an affidavit of service on May 14, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was June 3, 2025. On June 17, 2025, I entered an order noting that Defendant had not appeared and instructing Plaintiff to move for a default judgment or risk dismissal for failure to prosecute. (Doc. 7.) Plaintiff began the process of moving for a default judgment, (*see* Docs. 8–10), and obtained a certificate of default, (Doc. 11), but did not finish the process of moving for a default judgment. On July 21, 2025, I directed Plaintiff to complete the process of moving for a default judgment or risk dismissal for failure to prosecute. (Doc. 12.) On July 25, 2025, Defendant filed a letter indicating that they had just retained counsel, seeking vacatur of the certificate of default, requesting an extension of time to answer the complaint, and noting that Plaintiff consented to the requested relief. (Doc. 13.) On July 20, 2025, I vacated the certificate of default and extended Defendant's time to answer the Complaint to September 15, 2025. (Doc. 14.)

       Despite this lengthy extension of time to answer, Defendant has not responded to the complaint to date. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than October 15, 2025.  If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 24, 2025
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge