**STEIN | SAKS, PLLC**
One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
RAMI SALIM ▲ ■

▲ NJBar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

October 15, 2025

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York

SO ORDERED: 10/16/2025

/s/ Vernon Broderick
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Re: *Alexandria v. H & G Franchising, LLC*
Case No. 1:25-cv-03795-VSB-RWL

Dear Judge Broderick:

Pursuant to the Order entered on September 24, 2025, Plaintiff Erika Alexandria ("Plaintiff") respectfully submits the within status letter.

The Parties have continued to work toward a resolution of the matter and believe that one is forthcoming shortly.

Plaintiff requests an extension of time to file for a default judgment to November 14, 2025 to help preserve the Defendant's resources.

We thank Your Honor and the Court for its considerations and courtesies.

Respectfully submitted,

STEIN SAKS, PLLC

*/s/ Rami Salim*
Rami M. Salim, Esq.

cc: Counsel of Record (via ECF notification)